# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2013

Robert P. Young, Jr.,
Chief Justice

146725(65)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re Estate of TERRI A. SHOLBERG
_____

DIANE K. SHOLBERG, as Personal
Representative for the Estate of Terri A.
Sholberg,

      Plaintiff-Appellee,

v

      SC: 146725
      COA: 307308
      Emmet CC: 10-002711-NI

ROBERT TRUMAN and MARILYN TRUMAN,

      Defendants-Appellants,

and

DANIEL TRUMAN,

      Defendant.
_____

      On order of the Chief Justice, the motion by Property Management Association of Michigan, Detroit Metropolitan Apartment Association, Property Management Association of West Michigan, Property Management Association of Mid-Michigan, and Washtenaw Area Apartment Association for leave to file an amicus curiae brief on or before September 24, 2013, is GRANTED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2013

Clerk